**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

16-2699

Margarita Medina

(In the space above enter the full name(s) of the plaintiff(s).)

-against-  CarePoint Health '
Hoboken University
(Sodexo  Medical Center
- Company)
113 W-60 th St, New York NY 00 23²
District 1199 National Union + Hospital ³

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for Employment Discrimination**

Case No. 524-2015 00846

(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

RECEIVED
JUN 0 1 2016
AT 8:30
WILLIAM T. WALSH, CLERK  M

2016 MAY 11 P 1:02

RECEIVED
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Margarita Medina
Street Address: 969 Summit Ave Apt
City and County: Jersey City, NJ 07307
State and Zip Code: 07307
Telephone Number: 201 918-5808 — work Number 201 418-1000 ex 6555

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: MR Nixon Cruz Job-Title chef
Job or Title (if known): Manager — work for the hospital Company name
Street Address: Care Point Health Solevo - 113 W-60 St New York 10023
City and County: Hoboken University Medical Center
State and Zip Code: 308 Willow Avenue Hoboken NJ 07030
Telephone Number: 201-418-1000 ex 0 for ope
E-mail Address (if known): press cure-point

Defendant No. 2

Name: Jaime Hirsch Administrative
Job or Title (if known): Administrative Organizer 1199 District, 1199J National Union
Street Address: 925 Alling Street, 3 floor
City and County: Newark, New Jersey 07102

3

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

4

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [ ] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*: _____

- [ ] Relevant state law *(specify, if known)*: _____

- [ ] Relevant city or county law *(specify, if known)*: _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color _____
☐ gender/sex _____
☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*

_____

6

E. The facts of my case are as follows. Attach additional pages if needed.

_____
_____
_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

7

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____
_____
_____
_____
_____
_____

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing 6-1-____, 20 16

Signature of Plaintiff  *Margarita Medina*
Printed Name of Plaintiff  *Margarita Medina.*

8

**B.**    **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

May 1, 2016

To Whom It May Concern:

My name is Margarita Medina. My shift at the Hoboken University Medical Center cafeteria begins at 6:00a.m.

On Thursday, February 6, 2014, at approximately 6:10 a.m. I went into the cafeteria to check on my refrigerator. Nothing was expired.

I noticed that on the display, many coconut cakes had been placed on the rack. My co-worker, Maria Sessa, was in the cafeteria also. I mentioned to her that there were too many coconut cakes displayed. I explained that I would take some to CCIS, doctors, and leave the rest on display. Ms. Sessa did not seem upset and just said "OK."

I returned to my station and was talking to my co-worker, Maria Rodriguez. Ms. Rodriguez was mentioning an incident from the day before (2/5/14) that happened regarding ticketing dates on foods. Out of nowhere, Ms. Sessa came out screaming and accusing us of talking about her. I told her that we were not talking about her. All of a sudden Mr. Nixon Cruz came out of his office yelling at the top of his lungs "Stop it, Stop it right now." Continuing with "Shut up, Shut up, I don't want to hear it." I told him to respect me in front of my co-workers, Olga Sanchez, Carlitos the cook, Maria Rodriguez and Maria Sessa. My other co-workers were also close by.

After a couple of hours I was then told to go into the office. Present were Mr. Kelvin Gordon, Les Borys- Dietary Manager, and Mr. Nixon Cruz- Chef.

I was then presented with a *Notice of Corrective Action* dated 2/6/2014. The explanation given on the violation is not accurate. I was never allowed to explain the actual scenario that occurred. I was suspended with one (1) day without pay.

A few months later, I met with Mr. Jaimie Hirsch, Richard – VP Union, Colin Copeland, Mayra – Delegate, along with my two witnesses, Antonio Rivera and Daxa. Never heard an outcome to the meeting.

Months later, at a meeting in Assumption Hall, I was presented with a *Settlement Agreement* from Mr. Jaimie Hirsch, 1199 Union representative. Not dated at all. This Settlement Agreement was never explained to me. No meeting was ever witnessed. My question, when was this "supposed" settlement done? where? I was never notified.

I feel I am being harassed. I want this disciplinary action to be removed from my personnel file.
I await your immediate response.

Thank you,


Margarita Medina

March 9th, 2014

To Whom It May Concern;

    I, Antonio Rivera, a dietary host in Dietary Dept., was in the kitchen when the alleged incident between Mrs. Margarita Medina and Mr. Nixon Cruz took place. At no time did I hear any yelling or shouting from Mrs. Medina. Nor did I notice that something wrong was going on between the parties, until Mr. Cruz stepped out of his office, and said, "Stop it; Stop it, right now".

                Thank you,
                Antonio Rivera

July 09, 2015

To Whom It May Concern:

In regards to a notice given to me dated February 6th, 2014, (see attached copy), Mr. Nixon Cruz states that he asked Dietary Manager Les Borys to come to the office as a witness to Mr. Cruz's claims. I wish to make it clear that Mr. Borys was not present and not working until much later that morning.

Thank you.

*Antonio Rivera*

## SETTLEMENT AGREEMENT

It is agreed among District 1199 J, National Union of Hospital and Health Care Employees AFSCME/ AFL-CIOM (the Union), Hoboken University Medical Center (the Employer) and Margarita Medina that the grievance dated 2/7/2014 is hereby resolved and fully settled in accordance with the following terms.

1. In exchange for the withdrawal of the grievance the parties agree to the following;

The Employer will rescind the suspension notice issued to Ms. Medina on 2/07/14 and reduce this discipline to a Written Warning for the incident which occurred on 2/06/2014.

2. The parties agree that this shall resolve any and all claims on the part of the Union or the Grievant including any monetary claims underlying this Grievance.

3. This agreement is made on a non-precedent setting basis with respect to the interpretation of the Collective Bargaining Agreement, and may not be presented in connection with any other matter regarding the interpretation of the collective Bargaining Agreement in any way. This agreement is not an admission of any violation of the Collective Bargaining Agreement or of any federal, state, or local law.

Signed and accepted by:

_____

Margarita Medina - Grievant


_____

Jaimie Hirsch – Administrative Organizer
1199 J Union


_____

Colin Copeland – Labor Relations Manager
HUMC

July 09, 2015

To Whom It May Concern;

In regards to a notice given to me dated February 6th, 2014, ( see attached copy ) Mr. Nixon Cruz states that he asked cook Kelvin Gordon to come to the office as a witness to Mr. Cruz's claims. I wish to make clear that Mr. Gordon was not present and not working until much later that morning.

Thank you,

*Antonio Rivera*

4/27/2016

To whom it may concern,

      I Maria Rodriguez dietary worker at the time of the incident, I was present next to Miss Margarita Medina. There was no yelling, just myself and Miss Medina having a private conversation, when another coworker passed by and interfere into our conversation and responded in a nasty way questioning if myself and Miss Medina were talking about her. I responded "No". The coworker got upset. Mr. Nixon came out and yelled at Miss Medina saying "stop it, stop it".

      In my opinion, he should have said it to the other coworker as well. I continue my job, later on that day I found out that Miss Medina was suspended but the coworker wasn't. This isn't fair because as a witness Miss Medina was provoked in the situation. I don't understand how cook Kelvin Gordon was a witness of the incident. He was not present the time of the incident. The only people that I had seen in the area were Mr. Antonio Rivera and in the cafeteria was Mrs. Daxa Pandya.

-Maria Rodriguez

**CarePoint Health**
Hoboken University Medical Center

RECEIVED
BY: ......................

**Notice of Corrective Action**

Employee Name: _Margarita Medina_  Date of Violation: _2-6-201{_
Department: _Dietary_  Date Issued: _2-6-2014_
Title: _Dietary Worker_  Date of Hire: _____

It has been brought to our attention that on _2-6-2014_ you have violated Hospital Policy and Procedures in the following manner:

_This morning margarita Medina was arguing in the Cafeteria a coworker telling her that she was not doing her job the r. way. The other Employee told her that she was told to it that by a manager, margarita came to the Kitchen talking about it S, and got Louder to the point that I came out of the office and ased her to c down. She continued, and I again ased her to end the argument. She re to me that "you're not the owner you are Just a manager" I asked Kelvin to come to_

This violation has resulted in the following corrective action: _Office and she was still very disrupt_

| X | Current Action | Previous Action Administered / Da |
|---|---|---|
| | Documented Counseling | |
| | Verbal Warning | |
| | Written Warning | |
| ✓ | Suspension #Days _1_ From: _2/7/14_ To: _2/7/14_ | |
| | Termination of Employment | |

Immediate sustained and satisfactory improvement is necessary. Any additional violation of Hospital policy and procedu will result in further and more severe corrective disciplinary action, including recommendation for your dismissal without further notice.

Employee Statement: (optional)

_____

Dept. Head Signature: _____  Date: _____
Supervisor Signature: _____  Date: _2/6/14_

I have fully read and understand the above notice and acknowledge receipt.

Employee Signature: _____  Date: _____
Witness: _____  Date: _2/6/14_

← Continuation

Margarita was told about two weeks ago not to get this way. She got a written warning, and tod resulted to give margarita one day suspension, for not following management directives, and been disruptive at the work place. Margarita should k[now] that if this behavior continues it will result to more severe disciplinary action or up to terminati[on] of employment.