**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARITA MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>CARE POINT HEALTH HOBOKEN UNIVERSITY MEDICAL CENTER, *et al.*,<br><br>Defendants. | Civil Action No.: 16-2699 (CCC-MF)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the request of Defendants Sodexo, Inc., Nixon Cruz, and Defendant CarePoint Health—Hoboken University Medical Center, to reinstate Defendants' Motions to Dismiss, ECF Nos. 11 & 15.

**WHEREAS** it appears Defendants have complied with this Court's July 10, 2017 Order and indicated by letter dated July 20, 2017 that Plaintiff Margarita Medina has been properly served with Defendants' Motions to Dismiss, ECF No. 20;

**IT IS** on this 10 day of August 2017, in the interest of justice and for good cause shown

**ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 11 & 15, are hereby reinstated; it is further

**ORDERED** that within 14 days of this Order, Plaintiff may file opposition papers responding to Defendants' motions; it is further

**ORDERED** that within 7 days after the filing of any opposition papers, Defendants may file reply papers; and it is further

1

**ORDERED** that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**