UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARITA MEDINA,<br><br>*Plaintiff*,<br><br>v.<br><br>CAREPOINT HEALTH HOBOKEN UNIVERSITY MEDICAL CENTER, SODEXO—COMPANY, DISTRICT 1199 NATIONAL UNION & HOSPITAL, NIXON CRUZ and JAMIE HIRSCH,<br><br>*Defendants*. | Civil Action No. 2:16-cv-2699 (CCC) (MF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS** |

Pursuant to Fed. R. Civ. P. 41(a), the parties to this matter, stipulate and agree that the instant action shall be and hereby is dismissed with prejudice, without rights of appeal, with each party to bear its own costs and attorneys' fees.

_____
Margarita Medina
*Plaintiff, pro se*

Dated: 2-19-, 2018

_____
Heather R. Boshak
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Email: hboshak@foxrothschild.com
*Attorneys for Defendants Sodexo, Inc., CarePoint Health—Hoboken University Medical Center, and Nixon Cruz*

Dated: 2/9, 2018

IT IS SO ORDERED:

_____
Hon. Claire C. Cecchi, U.S.D.J.
Dated: March 21, 2018

-9-

53121674